TROUTMAN SANDERS LLP
Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutmansanders.com

*Attorney for PHH MORTGAGE CORPORATION*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. STACK,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, FLAGSTAR BANK; LOANCARE SERVICING CENTER; PHH MORTGAGE SERVICE,<br><br>Defendants. | Case No. 2:19-cv-01720-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Michael J. Stack ("Plaintiff"), by and through his counsel, and Defendant PHH Mortgage Corporation ("PHH") (collectively the "Parties"), by and through its counsel, agree and stipulate as follows:

IT IS HEREBY STIPULATED that PHH shall have up to and including **December 9, 2019** within which to file its response to Plaintiff's Complaint:

1. PHH was served on October 7, 2019.

2. Without having realized that service of the Complaint was effectuated, the Parties agreed to waive service and filed the same with the Court on October 8, 2019. [ECF No. 5].

3. The Parties are engaged in early settlement discussions.

4. The Parties expect to determine within the near future whether this action can be resolved at this early stage.

4. This is the first stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason.

STIPULATED and AGREED to this 14th[th] day of October 2019.

| | |
|---|---|
| 1 | */s/ Anna Jane I. Zarndt* |
| 2 | Anna Jane I. Zarndt |
| | Nevada Bar Number 10809 |
| 3 | TROUTMAN SANDERS LLP |
| 4 | 222 Central Park Avenue, Ste. 2000 |
| | Virginia Beach, VA 23462 |
| 5 | Telephone: (757) 687-7753 |
| 6 | Facsimile: (757) 687-7510 |
| | Email: |
| 7 | annajane.zarndt@troutmansanders.com |
| 8 | |
| | *Attorney for PHH MORTGAGE* |
| 9 | *CORPORATION* |
| 10 | |
| | */s/ Shawn W. Miller* |
| 11 | Shawn W. Miller |
| | David H. Krieger |
| 12 | Haines & Krieger, LLC |
| 13 | 8985 S. Eastern Avenue, Suite 350 |
| | Henderson, Nevada 89123 |
| 14 | Phone: (702) 880-5554 |
| | FAX: (702) 385-5518 |
| 15 | dkrieger@hainesandkrieger.com |
| 16 | |
| | *Attorneys for Plaintiff MICHAEL J.* |
| 17 | *STACK* |

# **ORDER**

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant PHH MORTGAGE CORPORATION shall have up to and including **December 9, 2019** within which to file its response to Plaintiff's Complaint.

DATED this 15th day of October, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATED MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2019, I served a true and correct copy of this **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System that will electronically mail notification to all parties appearing in this case.

Shawn W. Miller, Esq.
David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

*/s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt

40361097