TROUTMAN SANDERS LLP
Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutman.com

*Attorney for LOANCARE, LLC fka LOANCARE*
*SERVICING CENTER, INC.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. STACK,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, FLAGSTAR BANK; LOANCARE SERVICING CENTER; PHH MORTGAGE SERVICE,<br><br>Defendants. | Case No.  2:19-cv-01720-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Michael J. Stack ("Plaintiff"), by and through his counsel, and

Defendant LoanCare, LLC, fka LoanCare Servicing Center, Inc. ("LoanCare")

(collectively the "Parties"), by and through its counsel, agree and stipulate as

follows:

IT IS HEREBY STIPULATED that LoanCare shall have up to and including

**December 9, 2019** within which to file its response to Plaintiff's Complaint:

1.   LoanCare was served on October 9, 2019.

2.   LoanCare's responsive pleading would otherwise be due October 30, 2019.

3.   The Parties are investigating the allegations and are engaged in early settlement discussions.

4.   The Parties expect to determine in the near future whether this action can be resolved at this early stage.

5.   This is the first stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason, but rather for the Parties to investigate the merits of the claim and explore the potential for early settlement resolution, and to allow LoanCare to formulate its responsive pleading.

STIPULATED and AGREED to this 28th[th] day of October 2019.

1

                          */s/ Anna Jane I. Zarndt*

2

Anna Jane I. Zarndt

Nevada Bar Number 10809

3

TROUTMAN SANDERS LLP

222 Central Park Avenue, Ste. 2000

4

Virginia Beach, VA 23462

5

Telephone: (757) 687-7753

Facsimile: (757) 687-7510

6

Email: annajane.zarndt@troutman.com

7

8

*Attorney for LoanCare, LLC fka*

*LoanCare Servicing Center, Inc.*

9

10

                          */s/ Shawn Miller*

Shawn Miller, Esq.

11

David H. Krieger, Esq.

Haines & Krieger, LLC

12

8985 S. Eastern Avenue, Suite 350

Henderson, Nevada 89123

13

Phone: (702) 880-5554

FAX: (702) 385-5518

14

dkrieger@hainesandkrieger.com

15

16

*Attorney for Plaintiff MICHAEL J.*

*STACK*

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant LoanCare, LLC fka LoanCare Servicing Center, Inc. shall have up to and including December 9, 2019 within which to file its response to Plaintiff's Complaint.

DATED this ___29___ day of October, 2019.

**IT IS SO ORDERED.**

_____

Gloria M. Navarro, District Judge
United States District Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2019, I served a true and correct copy of this **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System that will electronically mail notification to all parties appearing in this case.

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorney for Plaintiff*

*/s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt

40456911