1    TROUTMAN SANDERS LLP
2    Anna Jane I. Zarndt
     Nevada Bar Number 10809
3    TROUTMAN SANDERS LLP
4    222 Central Park Avenue, Ste. 2000
     Virginia Beach, VA 23462
5    Telephone: (757) 687-7753
6    Facsimile: (757) 687-7510
     Email: annajane.zarndt@troutman.com
7
8    *Attorney for FLAGSTAR BANK, FSB*

9

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 3 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

10
11                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
12

13   MICHAEL J. STACK,                    | Case No.  2:19-cv-01720-GMN-VCF

14                  Plaintiff,

15   v.

16   EQUIFAX INFORMATION SERVICES,        | **STIPULATION AND ORDER TO**
     LLC, FLAGSTAR BANK; LOANCARE         | **EXTEND TIME TO FILE**
17   SERVICING CENTER; PHH                | **RESPONSIVE PLEADING TO**
18   MORTGAGE SERVICE,                    | **COMPLAINT**

19                  Defendants.           | **[FIRST REQUEST]**
20

21        Plaintiff Michael J. Stack ("Plaintiff"), by and through his counsel, and

22   Defendant Flagstar Bank, FSB ("Flagstar") (collectively the "Parties"), by and
23
24   through its counsel, agree and stipulate as follows:

25        IT IS HEREBY STIPULATED that Flagstar shall have up to and including
26
27   **December 9, 2019** within which to file its response to Plaintiff's Complaint:

28        1.    Flagstar was served on October 10, 2019.

2.     Flagstar's responsive pleading would otherwise be due October 31, 2019.

3.     The Parties are investigating the allegations and are engaged in early settlement discussions.

4.     The Parties expect to determine in the near future whether this action can be resolved at this early stage.

5.     This is the first stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason, but rather for the Parties to investigate the merits of the claim and explore the potential for early settlement resolution, and to allow Flagstar to formulate its responsive pleading.

STIPULATED and AGREED to this 30th day of October 2019.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ *Anna Jane I. Zarndt*
Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutman.com

*Attorney for Flagstar Bank, FSB*

/s/ *Shawn Miller*
Shawn Miller, Esq.
David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorney for Plaintiff MICHAEL J. STACK*

## ORDER

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant Flagstar Bank, FSB shall have up to and including December 9, 2019 within which to file its response to Plaintiff's Complaint.

DATED this _31st_ day of October, 2019.

**IT IS SO ORDERED.**

UNITED STATED DISTRICT COURT JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, I served a true and correct copy of this **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System that will electronically mail notification to all parties appearing in this case.

David H. Krieger, Esq.
Shawn Miller, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorney for Plaintiff*

_/s/ Anna Jane I. Zarndt_
Anna Jane I. Zarndt

40474851